

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00408-CV

Erica Lee **CORONADO**,
Appellant

v.

Betty **CANTU** and Gutierrez Estate,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2025-0040
Honorable Wade J. Hedtke, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: November 26, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 12, 2025. On September 22, 2025, and again on October 13, 2025, a deputy clerk of this court notified appellant by letter that her brief was past due. On November 3, 2025, we ordered appellant to file, within ten days of the order, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellees are not significantly injured by appellant's failure to timely file a brief. We warned that if appellant failed to timely file a brief and the written response, we would dismiss this appeal

for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)–(c). Appellant did not file her brief and written response as ordered, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM